Elmer Jordan, Trading as Elmer Jordan and Company et al., Appellants, v. Charles Anagnost and Peter G. Shepis, Appellees.

Gen. No. 44,824.

opinion filed October 26, 1949; rehearing denied November 9, 1949; released for publication November 10, 1949. John DeGrazia, for appellants; James F. Lyons, of counsel; McKinley & Price, for appellees; William McKinley and Paul E. Price, of counsel. Opinion by Justice Kiley. Not to be published in full.